```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEIL ZLOZOWER,

                                 Plaintiff,

             -against-

CBS INTERACTIVE, INC.,

                               Defendant.
-----------------------------------------------------------------X

22-CV-5814 (LAK) (KHP)

**ORDER ADJOURNING INITIAL
CASE MANAGEMENT
CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on October 10, 2022 (doc. no 15) the Initial Case Management Conference currently scheduled for **October 25, 2022** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:    New York, New York
             October 11, 2022

                                                     *Katharine H. Parker*
                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge